IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA ARELLANO, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 3:20-cv-00434-M |
| § | |
| vs. § | |
| § | |
| IISI INSURANCE SERVICES, INC. and § | |
| ATHENE ANNUITY & LIFE § | |
| ASSURANCE COMPANY, § | |
| § | |
| Defendants. § | |

**DEFENDANT ATHENE ANNUITY & LIFE ASSURANCE COMPANY'S**
<u>**CERTIFICATE OF INTERESTED PARTIES**</u>

COMES NOW Athene Annuity & Life Assurance Company ("Athene"), pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.4, and hereby certifies that Athene is a wholly owned subsidiary of Athene USA Corporation. Athene USA Corporation (f/k/a Aviva USA Corporation) is a wholly owned subsidiary of Athene Holdings Ltd. No publicly held corporation owns 10% or more of the stock of Athene Holdings Ltd.

Respectfully submitted,

*/s/ Kelly C. Hartmann*
Kelly C. Hartmann
 Federal I.D. No. 777411
 State Bar No. 24055631
McKenzie L. Brown
 Federal I.D. No. 3051935
 State Bar No. 24086846

OF COUNSEL:

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
khartmann@gallowaylawfirm.com
***ATTORNEYS FOR DEFENDANT***
***ATHENE ANNUITY & LIFE ASSURANCE***
***COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by and through the Court approved electronic filing manager via email to participating parties and/or via hand delivery, and/or facsimile and/or certified mail, return receipt requested and/or U.S. First Class Mail to all known counsel of record on this 21st day of February, 2020, to the following:

James R. Baudhuin
LAW OFFICE OF JAMES R. BAUDHUIN
P. O. Box 290
Coppell, Texas 75019
(972) 408-3901 FAX
jim@baudhuin1aw.com
badse@mac.com

Kirstie M. Simmerman
Liz E. Drumm
GORDON & REES, LLP
2200 Ross Avenue, Suite 4100 West
Dallas, Texas 75201

*/s/ Kelly C. Hartmann*
Kelly C. Hartmann